UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CLAUDIO-SUAREZ (a.k.a. William Suarez-Claudio),<br>    *Defendant.* | No. 3:19-cr-00123 (JAM) |

ORDER GRANTING MOTIONS FOR COMPASSIONATE RELEASE
AND AMENDING CONDITIONS OF SUPERVISED RELEASE

Defendant William Claudio-Suarez (a.k.a. William Suarez-Claudio) (BOP Reg. No. 26348-014) has moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). The Court GRANTS the motions for release (Docs. #618, 628, 631, 687) on the ground of the compelling and extraordinary circumstances set forth in his motions and in light of the purposes of sentencing under 18 U.S.C. § 3553. *See United States v. Brooker*, 976 F.3d 228 (2d Cir. 2020).

The defendant William Claudio-Suarez's sentence is reduced to a sentence of **TIME SERVED as of Friday, April 23rd, 2021**. The Federal Bureau of Prisons shall release Claudio-Suarez from custody on **April 23rd, 2021**. As of that date he shall commence service of his four-year term of supervised release with the same conditions previously imposed by the Court's judgment (Doc. #397) in full force and effect in addition to the following modified conditions:

1. **Residence location.** Upon release from custody, the defendant shall reside with Hilda Claudio-Suarez, at the address provided to the U.S. Probation Office.
2. **14-day quarantine.** The defendant shall self-quarantine for the first fourteen (14) days of his release at the residence of Hilda Claudio-Suarez and may leave the property only for the purpose of a medical emergency or to obtain a COVID-19 test. In the event that he obtains a negative COVID-19 test as verified by the U.S. Probation Office, then he shall no longer be subject to the 14-day quarantine requirement.

3. **30-day home detention with electronic monitoring.** The defendant shall serve the first 30 days of supervised release with electronic monitoring of the type determined to be appropriate by the U.S. Probation Office. The defendant may leave his home during that period (following the 14-day quarantine period) only for the following reasons and only with the prior consent of the U.S. Probation Office: a medical appointment, to take a COVID-19 test, to seek or engage in paid employment, to attend religious services, and to attend any rehabilitation program. Defendant must otherwise remain within the home or property of the residence for this 30-day period.

It is so ordered.

Dated at New Haven this 21st day of April 2021.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge